IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELA MCWRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-CV-1345-N (BF) |
| | § | |
| BANK OF AMERICA, N.A. and | § | |
| RECONTRUST COMPANY, N.A., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Angela McWright's ("Plaintiff") Motion for Preliminary Injunction (doc. 5) is **DENIED**, and Defendants Bank of America, N.A. and ReconTrust Company, N.A.'s (collectively referred to as "Defendants") Motion to Dismiss (doc. 9) is **GRANTED.** Plaintiff's claims against Defendants are dismissed with prejudice.

**SO ORDERED** this 23rd day of December, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE